U.S. Department of Justice
United States Attorney
Northern District of Georgia

ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 0 7 2006

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# United States District Court
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

United States

v.

DAVID JOHNSON
**Agent to Arrest**

Unsealed 9·14·06
~~UNDER SEAL~~

No. 1:06CR382-6

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

_____
AARON M. DANZIG
Assistant United States Attorney

Filed In Clerk's Office, this _____

of _____, 20_____

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHALL
9/8/06
BY: _____
DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94